Daniel B. Pasternak (023751)
daniel.pasternak@squirepb.com
Laura Lawless Robertson (023951)
laura.robertson@squirepb.com
Shar Bahmani (025939)
shar.bahmani@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona  85004
(602) 528-4000
*Attorneys for Defendants American Traffic Solutions, Inc.*
*and American Traffic Solutions, Inc. Employee Welfare Benefits Plan*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Darnell, a married man, | Case No.  2:16-cv-00999-PHX-SPL |
| Plaintiff, | **DEFENDANTS AMERICAN TRAFFIC SOLUTIONS, INC. AND AMERICAN TRAFFIC SOLUTIONS, INC. EMPLOYEE WELFARE BENEFITS PLAN'S ANSWER TO COMPLAINT** |
| v. | |
| American Traffic Solutions, Inc. Employee Welfare Benefits Plan, an ERISA benefit plan; American Traffic Solutions, Inc., an ERISA plan administrator; and Life Insurance Company of North America, a plan fiduciary, | |
| Defendants. | |

Defendants American Traffic Solutions, Inc. ("American Traffic Solutions") and American Traffic Solutions, Inc. Employee Welfare Benefits Plan (the "Plan") (together with American Traffic Solutions, the "ATS Defendants") by and through their attorneys undersigned, for their Answer to Plaintiff Scott Darnell's ("Plaintiff") Complaint (Doc. 1), admit, deny, and allege as follows:

## JURISDICTION, VENUE, AND PARTIES

1.      The ATS Defendants respond that Paragraph 1 of the Complaint sets forth a statement or conclusion of law to which no response is necessary. If a substantive

1  response to Paragraph 1 of the Complaint is deemed necessary, the ATS Defendants admit

2  that the Complaint alleges claims arising under the Employee Retirement Income Security

3  Act of 1974, 29 U.S.C. §§ 1001 et seq. ("ERISA"), but deny that they violated ERISA, or

4  any other statute, or common law.

5        2.     The ATS Defendants admit the allegations in Paragraph 2 of the Complaint.

6        3.     The ATS Defendants admit the allegations in Paragraph 3 of the Complaint.

7        4.     Answering Paragraph 4 of the Complaint, the ATS Defendants admit the

8  Plan is a welfare benefit plan governed by ERISA; admit that the Plan is maintained for

9  the exclusive benefit of eligible participants and beneficiaries enrolled in the Plan in

10  accordance with the terms and conditions of the Plan documents; and admit that the Plan

11  provides benefits to eligible participants and beneficiaries in accordance with the terms

12  and conditions of the Plan documents. Answering further, the ATS Defendants state that

13  the Plan documents speak for themselves and are the best evidence of available benefits,

14  and the terms, conditions, and obligations, if any, under the Plan.  Except as specifically

15  admitted herein, the ATS Defendants deny the remaining allegations in Paragraph 4 of the

16  Complaint, specifically, any allegations inconsistent with the terms and conditions of the

17  Plan documents.

18        5.     Answering Paragraph 5 of the Complaint, the ATS Defendants admit the

19  Plan documents name American Traffic Solutions as the Plan Administrator with the

20  authority to control and manage the operation and administration of the Plan.  Answering

21  further, the ATS Defendants state that pursuant to its authority to administer the Plan,

22  American Traffic Solutions appointed the Life Insurance Company of North America

23  ("LINA") as the Claim Fiduciary, delegating to LINA the discretion and authority to

24  adjudicate claims for benefits under the Plan, to interpret the terms and conditions set

25  forth by the Plan documents, to decide questions of eligibility for coverage or benefits

26  under the Plan, to make findings of fact, and to decide appeals of adverse claim

27  determinations.  Except as specifically admitted herein, the ATS Defendants deny the

28  remaining allegations in Paragraph 5 of the Complaint, specifically, any allegations

1    inconsistent with the terms and conditions of the Plan documents.

2         6.     Answering Paragraph 6 of the Complaint, the ATS Defendants admit that

3    American Traffic Solutions is the Plan Administrator of the Plan.  Answering further, the

4    ATS Defendants state that American Traffic Solutions appointed LINA as the Claim

5    Fiduciary, delegating to LINA the discretion and authority to adjudicate claims for

6    benefits under the Plan, to interpret the terms and conditions set forth by the Plan

7    documents, to decide questions of eligibility for coverage or benefits under the Plan, to

8    make findings of fact, and to decide appeals of adverse claim determinations, including

9    with respect to Plaintiff.  Except as specifically admitted herein, the ATS Defendants deny

10   the allegations in Paragraph 6 of the Complaint.

11        7.     The ATS Defendants admit the allegations in Paragraph 7 of the Complaint

12   to the extent that Plaintiff was a participant and beneficiary of the Plan.  Except as

13   specifically admitted herein, the ATS Defendants deny the allegations in Paragraph 7 of

14   the Complaint.

15        8.     The ATS Defendants lack information and knowledge sufficient to admit or

16   deny the allegations in Paragraph 8 of the Complaint and therefore deny the same.

17        9.     The ATS Defendants admit the allegations in Paragraph 9 of the Complaint

18   upon information and belief.

19        10.    The ATS Defendants lack information and knowledge sufficient to admit or

20   deny the allegations in Paragraph 10 of the Complaint and therefore deny the same.

21        11.    The ATS Defendants admit the allegations in Paragraph 11 to the Complaint

22   to the extent that American Traffic Solutions, as the Plan Administrator, appointed LINA

23   as the Claim Fiduciary of the Plan, delegating to LINA the discretion and authority to

24   adjudicate claims for benefits under the Plan, to interpret the terms and conditions set

25   forth by the Plan documents, to decide questions of eligibility for coverage or benefits

26   under the Plan, to make findings of fact, and to decide appeals of adverse claim

27   determinations.  Except as specifically admitted herein, the ATS Defendants deny the

28   allegations contained in Paragraph 11 of the Complaint.

12.     Answering Paragraph 12 of the Complaint, the ATS Defendants admit that the ATS Defendants are authorized to do business in Maricopa County, Arizona. Answering further, the ATS Defendants admit on information and belief that LINA is authorized to do business in Maricopa County, Arizona.  The remaining allegations in Paragraph 12 of the Complaint are statements or conclusions of law to which no response is necessary; however, if a substantive response to these remaining allegations is deemed necessary, the ATS Defendants admit that jurisdiction and venue are proper in the United States District Court for the District of Arizona located in Maricopa County, Arizona.

13.     The ATS Defendants respond that Paragraph 13 of the Complaint sets forth a statement or conclusion of law, including citations to statutory authority, to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants admit that American Traffic Solutions is the Plan Administrator with the authority to administer the Plan.  The ATS Defendants further admit the Plan documents name LINA as the Claim Fiduciary.  Except as specifically admitted herein, the ATS Defendants deny the allegations in Paragraph 13 of the Complaint.

14.     The ATS Defendants respond that Paragraph 14 of the Complaint sets forth a statement or conclusion of law, including citations to statutory authority, to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants admit the United States District Court for the District of Arizona has subject matter over the causes of action alleged in the Complaint, but deny that they engaged in any violation of the cited statutes, any other statutes, or common law.

## GENERAL ALLEGATIONS

15.     Answering Paragraph 15 of the Complaint, the ATS Defendants incorporate by reference, as though fully set forth herein, each admission, denial, and allegation set forth hereinabove.

16.     The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations contained in in Paragraph 16 of the Complaint, and therefore deny the

- 4 -

1   same.

2       17.     The ATS Defendants lack information and knowledge sufficient to admit or

3   deny the allegations contained in in Paragraph 17 of the Complaint, and therefore deny the

4   same.

5       18.     The ATS Defendants lack information and knowledge sufficient to admit or

6   deny the allegations contained in in Paragraph 18 of the Complaint, and therefore deny the

7   same.

8       19.     The ATS Defendants lack information and knowledge sufficient to admit or

9   deny the allegations contained in in Paragraph 19 of the Complaint, and therefore deny the

10  same.

11      20.     The ATS Defendants lack information and knowledge sufficient to admit or

12  deny the allegations contained in in Paragraph 20 of the Complaint, and therefore deny the

13  same.

14      21.     The ATS Defendants lack information and knowledge sufficient to admit or

15  deny the allegations contained in in Paragraph 21 of the Complaint, and therefore deny the

16  same.

17      22.     The ATS Defendants lack information and knowledge sufficient to admit or

18  deny the allegations contained in in Paragraph 22 of the Complaint, and therefore deny the

19  same.

20      23.     The ATS Defendants lack information and knowledge sufficient to admit or

21  deny the allegations contained in in Paragraph 23 of the Complaint, and therefore deny the

22  same.

23      24.     The ATS Defendants lack information and knowledge sufficient to admit or

24  deny the allegations contained in in Paragraph 24 of the Complaint, and therefore deny the

25  same.

26      25.     The ATS Defendants lack information and knowledge sufficient to admit or

27  deny the allegations contained in in Paragraph 25 of the Complaint, and therefore deny the

28  same.

26.     The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations contained in in Paragraph 26 of the Complaint, and therefore deny the same.

### *The Plan*

27.     Answering Paragraph 27 of the Complaint, the ATS Defendants admit that American Traffic Solutions established the Plan and that the Plan is an ERISA-governed employee welfare benefit plan.  Answering further, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

28.     The ATS Defendants admit the allegations in Paragraph 28 of the Complaint to the extent that the Plan's disability benefits are provided in accordance with terms and conditions set forth by policy number LK-96382.  Answering further, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

29.     Answering Paragraph 29 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

30.     Answering Paragraph 30 of the Complaint, the ATS Defendants state that

the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

31.    Answering Paragraph 31 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

32.    Answering Paragraph 32 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

33.    Answering Paragraph 33 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

34.    Answering Paragraph 34 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS

1 | Defendants deny any allegation inconsistent with the terms set forth by the Plan
2 | documents and deny any allegation not specifically admitted herein, specifically, any
3 | allegations inconsistent with the terms and conditions of the Plan documents.

4 |    35.    Answering Paragraph 35 of the Complaint, the ATS Defendants state that
5 | the Plan documents and administrative record documenting Plaintiff's claim for Plan
6 | benefits speak for themselves and are the best evidence of the terms and conditions of the
7 | Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's
8 | alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The
9 | ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan
10 | documents and deny any allegation not specifically admitted herein, specifically, any
11 | allegations inconsistent with the terms and conditions of the Plan documents.

12 |    36.    Answering Paragraph 36 of the Complaint, the ATS Defendants state that
13 | the Plan documents and administrative record documenting Plaintiff's claim for Plan
14 | benefits speak for themselves and are the best evidence of the terms and conditions of the
15 | Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's
16 | alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The
17 | ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan
18 | documents and deny any allegation not specifically admitted herein, specifically, any
19 | allegations inconsistent with the terms and conditions of the Plan documents.

20 |    37.    Answering Paragraph 37 of the Complaint, the ATS Defendants admit the
21 | Plan's life insurance benefits were provided in accordance with the terms and conditions
22 | set forth by group insurance contract policy number FLX-965622.  Answering further, the
23 | ATS Defendants state that the Plan documents speak for themselves and are the best
24 | evidence of the terms and conditions of the Plan, including the benefits available to
25 | Plaintiff under the Plan.  The ATS Defendants deny any allegation inconsistent with the
26 | terms set forth by the Plan documents and deny any allegation not specifically admitted
27 | herein, specifically, any allegations inconsistent with the terms and conditions of the Plan
28 | documents.

38.     Answering Paragraph 38 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

39.     Answering Paragraph 39 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

40.     Answering Paragraph 40 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein, specifically, any allegations inconsistent with the terms and conditions of the Plan documents.

### *Plaintiff's Claims for STD and LTD Benefits*

41.     Answering Paragraph 41 of the Complaint, the ATS Defendants admit that Plaintiff began working for American Traffic Solutions on or about July 5, 2011 as a Violations Processing Supervisor.  Answering further, the ATS Defendants admit that in or about November 2013, Plaintiff made a lateral move within the company from violations processing to operations.  The ATS Defendants admit that Plaintiff's annual salary with the company as of the date of his termination of employment was $60,000.00. The ATS Defendants deny the remaining allegations in Paragraph 41 of the Complaint.

42.     Answering Paragraph 42 of the Complaint, the ATS Defendants admit that

1    Plaintiff's lateral move from violations processing to operations required him to relocate

2    to Chicago, Illinois, and admit that in his role as Operations Supervisor, Plaintiff was

3    responsible for the job duties identified in Paragraph 42 of the Complaint.  The ATS

4    Defendants deny the remaining allegations in Paragraph 42 of the Complaint.

5            43.     Answering Paragraph 43 of the Complaint, the ATS Defendants state that

6    the Plan documents and administrative record documenting Plaintiff's claim for Plan

7    benefits speak for themselves and are the best evidence of the terms and conditions of the

8    Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

9    alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

10   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

11   documents and deny any allegation not specifically admitted herein.

12           44.     Answering Paragraph 44 of the Complaint, the ATS Defendants state that

13   the Plan documents and administrative record documenting Plaintiff's claim for Plan

14   benefits speak for themselves and are the best evidence of the terms and conditions of the

15   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

16   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

17   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

18   documents or the contents of the administrative record and deny any allegation not

19   specifically admitted herein.

20           45.     Answering Paragraph 45 of the Complaint, the ATS Defendants state that

21   the Plan documents and administrative record documenting Plaintiff's claim for Plan

22   benefits speak for themselves and are the best evidence of the terms and conditions of the

23   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

24   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

25   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

26   documents or the contents of the administrative record and deny any allegation not

27   specifically admitted herein.

28           46.     Answering Paragraph 46 of the Complaint, the ATS Defendants state that

1   the Plan documents and administrative record documenting Plaintiff's claim for Plan

2   benefits speak for themselves and are the best evidence of the terms and conditions of the

3   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

4   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

5   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

6   documents or the contents of the administrative record and deny any allegation not

7   specifically admitted herein.

8       47.     Answering Paragraph 47 of the Complaint, the ATS Defendants state that

9   the Plan documents and administrative record documenting Plaintiff's claim for Plan

10   benefits speak for themselves and are the best evidence of the terms and conditions of the

11   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

12   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

13   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

14   documents or the contents of the administrative record and deny any allegation not

15   specifically admitted herein.

16       48.     Answering Paragraph 48 of the Complaint, the ATS Defendants state that

17   the Plan documents and administrative record documenting Plaintiff's claim for Plan

18   benefits speak for themselves and are the best evidence of the terms and conditions of the

19   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

20   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

21   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

22   documents or the contents of the administrative record and deny any allegation not

23   specifically admitted herein.

24       49.     Answering Paragraph 49 of the Complaint, the ATS Defendants state that

25   the Plan documents and administrative record documenting Plaintiff's claim for Plan

26   benefits speak for themselves and are the best evidence of the terms and conditions of the

27   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

28   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

1  ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

2  documents or the contents of the administrative record and deny any allegation not

3  specifically admitted herein.

4       50.    Answering Paragraph 50 of the Complaint, the ATS Defendants state that

5  the Plan documents and administrative record documenting Plaintiff's claim for Plan

6  benefits speak for themselves and are the best evidence of the terms and conditions of the

7  Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

8  alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

9  ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

10  documents or the contents of the administrative record and deny any allegation not

11  specifically admitted herein.

12       51.    Answering Paragraph 51 of the Complaint, the ATS Defendants state that

13  the Plan documents and administrative record documenting Plaintiff's claim for Plan

14  benefits speak for themselves and are the best evidence of the terms and conditions of the

15  Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

16  alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

17  ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

18  documents or the contents of the administrative record and deny any allegation not

   specifically admitted herein.

19       52.    Answering Paragraph 52 of the Complaint, the ATS Defendants state that

20  the Plan documents and administrative record documenting Plaintiff's claim for Plan

21  benefits speak for themselves and are the best evidence of the terms and conditions of the

22  Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

23  alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

24  ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

25  documents or the contents of the administrative record and deny any allegation not

26  specifically admitted herein.

27       53.    Answering Paragraph 53 of the Complaint, the ATS Defendants state that

28  the Plan documents and administrative record documenting Plaintiff's claim for Plan

   benefits speak for themselves and are the best evidence of the terms and conditions of the

1
2
3
4
5

Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

6
7
8
9
10
11
12
13

54.     Answering Paragraph 54 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

14
15
16
17
18
19
20
21

55.     Answering Paragraph 55 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

22
23
24
25
26
27
28

56.     Answering Paragraph 56 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

57.     Answering Paragraph 57 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

58.     Answering Paragraph 58 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

59.     Answering Paragraph 59 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

60.     Answering Paragraph 60 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

010-8227-1186

documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

61.      Answering Paragraph 61 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

62.      Answering Paragraph 62 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

63.      Answering Paragraph 63 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

64.      Answering Paragraph 64 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

65.   Answering Paragraph 65 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

66.   The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations contained in Paragraph 66 of the Complaint, and therefore deny the same.

67.   The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations contained in Paragraph 67 of the Complaint, and therefore deny the same.

68.   Answering Paragraph 68 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

69.   Answering Paragraph 69 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

70.     Answering Paragraph 70 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

71.     Answering Paragraph 71 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

72.     Answering Paragraph 72 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

73.     Answering Paragraph 73 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan

1
2
3
4
5
6

benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

7
8
9
10
11
12
13

74.    Answering Paragraph 74 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

14
15
16
17
18
19
20
21

75.    Answering Paragraph 75 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

22
23
24
25
26
27
28

76.    Answering Paragraph 76 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

- 18 -

77.     Answering Paragraph 77 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

78.     Answering Paragraph 78 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

79.     Answering Paragraph 79 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

80.     Answering Paragraph 80 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

81. Answering Paragraph 81 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

82. Answering Paragraph 82 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

83. Answering Paragraph 83 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

84. Answering Paragraph 84 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

- 20 -

alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

85.     Answering Paragraph 85 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

86.     Answering Paragraph 86 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

87.     Answering Paragraph 87 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

88.     Answering Paragraph 88 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan

benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

89.    The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations in Paragraph 89 of the Complaint regarding Drs. Sall and Durra's respective medical backgrounds and certifications, and therefore deny the same. Answering the remaining allegations of Paragraph 89 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

90.    Answering Paragraph 90 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

91.    Answering Paragraph 91 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

92.     Answering Paragraph 92 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

93.     Answering Paragraph 93 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

94.     Answering Paragraph 94 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

95.     Answering Paragraph 95 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the

010-8227-1186

Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

96.     Answering Paragraph 96 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

97.     Answering Paragraph 97 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

98.     Answering Paragraph 98 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

99.     Answering Paragraph 99 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

100.    Answering Paragraph 100 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

101.    Answering Paragraph 101 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

102.    Answering Paragraph 102 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

103.   Answering Paragraph 103 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

104.   Answering Paragraph 104 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

105.   Answering Paragraph 105 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

106.   Answering Paragraph 106 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

107.   Answering Paragraph 107 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

108.   Answering Paragraph 108 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

109.   Answering Paragraph 109 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

110.   Answering Paragraph 110 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan

benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

111.   Answering Paragraph 111 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

112.   Answering Paragraph 112 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

113.   Answering Paragraph 113 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not

1    specifically admitted herein.

2         114.   Answering Paragraph 114 of the Complaint, the ATS Defendants state that

3    the Plan documents and administrative record documenting Plaintiff's claim for Plan

4    benefits speak for themselves and are the best evidence of the terms and conditions of the

5    Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

6    alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

7    ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

8    documents or the contents of the administrative record and deny any allegation not

9    specifically admitted herein.

10        115.   Answering Paragraph 115 of the Complaint, the ATS Defendants state that

11   the Plan documents and administrative record documenting Plaintiff's claim for Plan

12   benefits speak for themselves and are the best evidence of the terms and conditions of the

13   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

14   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

15   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

16   documents or the contents of the administrative record and deny any allegation not

17   specifically admitted herein.

18        116.   The ATS Defendants respond that Paragraph 116 of the Complaint sets forth

19   an opinion regarding alleged government documents, to which no response is necessary.

20   To the extent a substantive response is deemed necessary, the ATS Defendants lack

21   information and knowledge sufficient to admit or deny the allegations in Paragraph 116 of

22   the Complaint, and therefore deny the same.

23        117.   The ATS Defendants respond that Paragraph 117 of the Complaint sets forth

24   an opinion regarding alleged government documents, to which no response is necessary.

25   To the extent a substantive response is deemed necessary, the ATS Defendants lack

26   information and knowledge sufficient to admit or deny the allegations in Paragraph 117 of

27   the Complaint, and therefore deny the same.

28        118.   Answering Paragraph 118 of the Complaint, the ATS Defendants state that

the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

119.   Answering Paragraph 119 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

120.   Answering Paragraph 120 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

121.   Answering Paragraph 121 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

1    ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan
2    documents or the contents of the administrative record and deny any allegation not
3    specifically admitted herein.

4        122.    Answering Paragraph 122 of the Complaint, the ATS Defendants state that
5    the Plan documents and administrative record documenting Plaintiff's claim for Plan
6    benefits speak for themselves and are the best evidence of the terms and conditions of the
7    Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's
8    alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The
9    ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan
10   documents or the contents of the administrative record and deny any allegation not
11   specifically admitted herein.

12       123.    Answering Paragraph 123 of the Complaint, the ATS Defendants state that
13   the Plan documents and administrative record documenting Plaintiff's claim for Plan
14   benefits speak for themselves and are the best evidence of the terms and conditions of the
15   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's
16   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The
17   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan
18   documents or the contents of the administrative record and deny any allegation not
19   specifically admitted herein.

20       124.    Answering Paragraph 124 of the Complaint, the ATS Defendants state that
21   the Plan documents and administrative record documenting Plaintiff's claim for Plan
22   benefits speak for themselves and are the best evidence of the terms and conditions of the
23   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's
24   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The
25   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan
26   documents or the contents of the administrative record and deny any allegation not
27   specifically admitted herein.

28       125.    Answering Paragraph 125 of the Complaint, the ATS Defendants state that

the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

126.   The ATS Defendants deny the allegations in Paragraph 126 of the Complaint.  Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

**COUNT I**
**(Recovery/Reinstatement of Plan Benefits)**
**(The Plan & LINA)**

127.   Answering Paragraph 127 of the Complaint, ATS incorporates by reference, as though fully set forth herein, each admission, denial, and allegation set forth hereinabove.

128.   Answering Paragraph 128 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available under the Plan.   The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents and deny any allegation not specifically admitted herein.

129.   Answering Paragraph 129 of the Complaint, the ATS Defendants state that the Plan documents speak for themselves and are the best evidence of the terms and

- 32 -

1   conditions of the Plan, including the benefits available under the Plan.   The ATS

2   Defendants deny any allegation inconsistent with the terms set forth by the Plan

3   documents and deny any allegation not specifically admitted herein.

4       130.   Answering Paragraph 130 of the Complaint, the ATS Defendants state that

5   the Plan documents and administrative record documenting Plaintiff's claim for Plan

6   benefits speak for themselves and are the best evidence of the terms and conditions of the

7   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

8   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

9   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

10  documents or the contents of the administrative record and deny any allegation not

11  specifically admitted herein.

12      131.   Answering Paragraph 131 of the Complaint, the ATS Defendants state that

13  the Plan documents and administrative record documenting Plaintiff's claim for Plan

14  benefits speak for themselves and are the best evidence of the terms and conditions of the

15  Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

16  alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

17  ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

18  documents or the contents of the administrative record and deny any allegation not

19  specifically admitted herein.

20      132.   Paragraph 132 of the Complaint does not assert any allegations against the

21  ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

22  response may be deemed necessary, the ATS Defendants state that the Plan documents

23  and administrative record documenting Plaintiff's claim for Plan benefits speak for

24  themselves and are the best evidence of the terms and conditions of the Plan, including the

25  benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

26  conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants

27  deny any allegation inconsistent with the terms set forth by the Plan documents or the

28  contents of the administrative record and deny any allegation not specifically admitted

1   herein.

2           133.    Paragraph 133 of the Complaint does not assert any allegations against the

3   ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

4   response may be deemed necessary, the ATS Defendants lack information and knowledge

5   sufficient to admit or deny the allegations in Paragraph 133 regarding the motivation

6   behind LINA's alleged conduct.  Answering the remaining allegations in Paragraph 133 of

7   the Complaint, the ATS Defendants state that the Plan documents and administrative

8   record documenting Plaintiff's claim for Plan benefits speak for themselves and are the

9   best evidence of the terms and conditions of the Plan, including the benefits available to

10  Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and

11  the administration of Plaintiff's claim(s).   The ATS Defendants deny any allegation

12  inconsistent with the terms set forth by the Plan documents or the contents of the

13  administrative record and deny any allegation not specifically admitted herein.

14          134.    Paragraph 134 of the Complaint does not assert any allegations against the

15  ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

16  response may be deemed necessary, the ATS Defendants respond that Paragraph 134 of

17  the Complaint sets forth opinions that characterize LINA's historical claims handling as

18  "biased and parsimonious," to which no response is necessary.  To the extent further

19  substantive response is deemed necessary, the ATS Defendants deny the same.

20  Answering further, the ATS Defendants state that the Plan documents and administrative

21  record documenting Plaintiff's claim for Plan benefits speak for themselves and are the

22  best evidence of the terms and conditions of the Plan, including the benefits available to

23  Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and

24  the administration of Plaintiff's claim(s).   The ATS Defendants deny any allegation

25  inconsistent with the terms set forth by the Plan documents or the contents of the

26  administrative record and deny any allegation not specifically admitted herein.

27          135.    Paragraph 135 of the Complaint does not assert any allegations against the

28  ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

1    response may be deemed necessary, the ATS Defendants state that the Plan documents

2    and administrative record documenting Plaintiff's claim for Plan benefits speak for

3    themselves and are the best evidence of the terms and conditions of the Plan, including the

4    benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

5    conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

6    deny any allegation inconsistent with the terms set forth by the Plan documents or the

7    contents of the administrative record and deny any allegation not specifically admitted

8    herein.

9         136.   Paragraph 136 of the Complaint does not assert any allegations against the

10   ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

11   response may be deemed necessary, the ATS Defendants state that the Plan documents

12   and administrative record documenting Plaintiff's claim for Plan benefits speak for

13   themselves and are the best evidence of the terms and conditions of the Plan, including the

14   benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

15   conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

16   deny any allegation inconsistent with the terms set forth by the Plan documents or the

17   contents of the administrative record and deny any allegation not specifically admitted

18   herein.

19        137.   Paragraph 137 of the Complaint does not assert any allegations against the

20   ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

21   response may be deemed necessary, the ATS Defendants state that the Plan documents

22   and administrative record documenting Plaintiff's claim for Plan benefits speak for

23   themselves and are the best evidence of the terms and conditions of the Plan, including the

24   benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

25   conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

26   deny any allegation inconsistent with the terms set forth by the Plan documents or the

27   contents of the administrative record and deny any allegation not specifically admitted

28   herein.

1    138.   Paragraph 138 of the Complaint does not assert any allegations against the

2   ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

3   response may be deemed necessary, the ATS Defendants state that the Plan documents

4   and administrative record documenting Plaintiff's claim for Plan benefits speak for

5   themselves and are the best evidence of the terms and conditions of the Plan, including the

6   benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

7   conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

8   deny any allegation inconsistent with the terms set forth by the Plan documents or the

9   contents of the administrative record and deny any allegation not specifically admitted

10  herein.

11   139.   Paragraph 139 of the Complaint does not assert any allegations against the

12  ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

13  response may be deemed necessary, the ATS Defendants state that the Plan documents

14  and administrative record documenting Plaintiff's claim for Plan benefits speak for

15  themselves and are the best evidence of the terms and conditions of the Plan, including the

16  benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

17  conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

18  deny any allegation inconsistent with the terms set forth by the Plan documents or the

19  contents of the administrative record and deny any allegation not specifically admitted

20  herein.

21   140.   Paragraph 140 of the Complaint does not assert any allegations against the

22  ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

23  response may be deemed necessary, the ATS Defendants state that the Plan documents

24  and administrative record documenting Plaintiff's claim for Plan benefits speak for

25  themselves and are the best evidence of the terms and conditions of the Plan, including the

26  benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

27  conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

28  deny any allegation inconsistent with the terms set forth by the Plan documents or the

- 36 -

1  contents of the administrative record and deny any allegation not specifically admitted
2  herein.

3      141.   Paragraph 141 of the Complaint does not assert any allegations against the
4  ATS Defendants and thus no response thereto is necessary.  To the extent a substantive
5  response may be deemed necessary, the ATS Defendants lack information and knowledge
6  sufficient to admit or deny the allegations in Paragraph 141 of the Complaint regarding
7  alleged financial incentives provided to LINA employees, and therefore deny the same.
8  Answering further, the ATS Defendants state that the Plan documents and administrative
9  record documenting Plaintiff's claim for Plan benefits speak for themselves and are the
10 best evidence of the terms and conditions of the Plan, including the benefits available to
11 Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and
12 the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation
13 inconsistent with the terms set forth by the Plan documents or the contents of the
14 administrative record and deny any allegation not specifically admitted herein.

15     142.   Paragraph 142 of the Complaint does not assert any allegations against the
16 ATS Defendants and thus no response thereto is necessary.  To the extent a substantive
17 response may be deemed necessary, the ATS Defendants state that the Plan documents
18 and administrative record documenting Plaintiff's claim for Plan benefits speak for
19 themselves and are the best evidence of the terms and conditions of the Plan, including the
20 benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical
21 conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants
22 deny any allegation inconsistent with the terms set forth by the Plan documents or the
23 contents of the administrative record and deny any allegation not specifically admitted
24 herein.

25     143.   Paragraph 143 of the Complaint does not assert any allegations against the
26 ATS Defendants and thus no response thereto is necessary.  To the extent a substantive
27 response may be deemed necessary, the ATS Defendants lack information and knowledge
28 sufficient to admit or deny the allegations in Paragraph 143 of the Complaint concerning

- 37 -

Plaintiff's present medical condition, and therefore deny the same.  Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

144.   Paragraph 144 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary.  To the extent a substantive response may be deemed necessary, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

145.   Paragraph 145 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary.  To the extent a substantive response may be deemed necessary, the ATS Defendants lack information and knowledge sufficient to admit or deny the allegations in Paragraph 145 of the Complaint regarding Drs. Sall and Durra's intent, and therefore deny the same.  Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms

- 38 -

1    set forth by the Plan documents or the contents of the administrative record and deny any

2    allegation not specifically admitted herein.

3         146.   Paragraph 146 of the Complaint does not assert any allegations against the

4    ATS Defendants and thus no response thereto is necessary.   To the extent a substantive

5    response may be deemed necessary, the ATS Defendants lack information and knowledge

6    sufficient to admit or deny the allegations in Paragraph 146 of the Complaint regarding

7    Drs. St. Clair, Sall, and Durra's conduct, and therefore deny the same.   Answering further,

8    the ATS Defendants state that the Plan documents and administrative record documenting

9    Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the

10   terms and conditions of the Plan, including the benefits available to Plaintiff under the

11   Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of

12   Plaintiff's claim(s).   The ATS Defendants deny any allegation inconsistent with the terms

13   set forth by the Plan documents or the contents of the administrative record and deny any

14   allegation not specifically admitted herein.

15        147.   Paragraph 147 of the Complaint does not assert any allegations against the

16   ATS Defendants and thus no response thereto is necessary.   To the extent a substantive

17   response may be deemed necessary, the ATS Defendants state that the Plan documents

18   and administrative record documenting Plaintiff's claim for Plan benefits speak for

19   themselves and are the best evidence of the terms and conditions of the Plan, including the

20   benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

21   conditions, treatment, and the administration of Plaintiff's claim(s).   The ATS Defendants

22   deny any allegation inconsistent with the terms set forth by the Plan documents or the

23   contents of the administrative record and deny any allegation not specifically admitted

24   herein.

25        148.   Paragraph 148 of the Complaint does not assert any allegations against the

26   ATS Defendants and thus no response thereto is necessary.   To the extent a substantive

27   response may be deemed necessary, the ATS Defendants state that the Plan documents

28   and administrative record documenting Plaintiff's claim for Plan benefits speak for

themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

149. Paragraph 149 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary. To the extent a substantive response may be deemed necessary, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

150. Paragraph 150 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary. To the extent a substantive response may be deemed necessary, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s). The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

151. Paragraph 151 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary. To the extent a substantive

010-8227-1186

1    response may be deemed necessary, the ATS Defendants state that the Plan documents

2    and administrative record documenting Plaintiff's claim for Plan benefits speak for

3    themselves and are the best evidence of the terms and conditions of the Plan, including the

4    benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

5    conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

6    deny any allegation inconsistent with the terms set forth by the Plan documents or the

7    contents of the administrative record and deny any allegation not specifically admitted

8    herein.

9          152.    Paragraph 152 of the Complaint does not assert any allegations against the

10   ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

11   response may be deemed necessary, the ATS Defendants state that the Plan documents

12   and administrative record documenting Plaintiff's claim for Plan benefits speak for

13   themselves and are the best evidence of the terms and conditions of the Plan, including the

14   benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

15   conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

16   deny any allegation inconsistent with the terms set forth by the Plan documents or the

17   contents of the administrative record and deny any allegation not specifically admitted

18   herein.

19         153.    Paragraph 153 of the Complaint does not assert any allegations against the

20   ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

21   response may be deemed necessary, the ATS Defendants state that the Plan documents

22   and administrative record documenting Plaintiff's claim for Plan benefits speak for

23   themselves and are the best evidence of the terms and conditions of the Plan, including the

24   benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

25   conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

26   deny any allegation inconsistent with the terms set forth by the Plan documents or the

27   contents of the administrative record and deny any allegation not specifically admitted

28   herein.

1      154.   Paragraph 154 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary.  To the extent a substantive response may be deemed necessary, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

155.   Paragraph 155 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary.  To the extent a substantive response may be deemed necessary, the ATS Defendants deny the allegations in Paragraph 155 of the Complaint.  Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

156.   Paragraph 156 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary.  To the extent a substantive response may be deemed necessary, the ATS Defendants lack information and knowledge sufficient to admit or deny the allegation in Paragraph 156 of the Complaint regarding LINA's alleged intentions in managing Plaintiff's claim(s).  Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the

- 42 -

1    terms and conditions of the Plan, including the benefits available to Plaintiff under the

2    Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of

3    Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms

4    set forth by the Plan documents or the contents of the administrative record and deny any

5    allegation not specifically admitted herein.

6         157.   Paragraph 157 of the Complaint does not assert any allegations against the

7    ATS Defendants and thus no response thereto is necessary.  The ATS Defendants further

8    respond that Paragraph 157 sets forth a statement or conclusion of law regarding LINA's

9    conduct, which also does not require a response.  To the extent a substantive response is

10   deemed necessary, the ATS Defendants state that the Plan documents and administrative

11   record documenting Plaintiff's claim for Plan benefits speak for themselves and are the

12   best evidence of the terms and conditions of the Plan, including the benefits available to

13   Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and

14   the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation

15   inconsistent with the terms set forth by the Plan documents or the contents of the

16   administrative record and deny any allegation not specifically admitted herein

17        158.   Paragraph 158 of the Complaint does not assert any allegations against the

18   ATS Defendants and thus no response thereto is necessary.  The ATS Defendants further

19   state that Paragraph 158 of the Complaint sets forth a statement or conclusion of law,

20   which also does not require a response.  To the extent a substantive response is deemed

21   necessary, the ATS Defendants state that the Plan documents and administrative record

22   documenting Plaintiff's claim for Plan benefits speak for themselves and are the best

23   evidence of the terms and conditions of the Plan, including the benefits available to

24   Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and

25   the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation

26   inconsistent with the terms set forth by the Plan documents or the contents of the

27   administrative record and deny any allegation not specifically admitted herein.

28        159.   Paragraph 159 of the Complaint does not assert any allegations against the

- 43 -

1    ATS Defendants and thus no response thereto is necessary.  The ATS Defendants further

2    state that Paragraph 159 of the Complaint sets forth a statement or conclusion of law,

3    which also does not require a response.  To the extent a substantive response is deemed

4    necessary, the ATS Defendants state that the Plan documents and administrative record

5    documenting Plaintiff's claim for Plan benefits speak for themselves and are the best

6    evidence of the terms and conditions of the Plan, including the benefits available to

7    Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and

8    the administration of Plaintiff's claim(s).   The ATS Defendants deny any allegation

9    inconsistent with the terms set forth by the Plan documents or the contents of the

10   administrative record and deny any allegation not specifically admitted herein.

11          160.   To the extent Paragraph 160 of the Complaint alleges that that Plaintiff is

12   entitled to *de novo* review of his claims, it sets forth a statement or conclusion of law, to

13   which no response is necessary.   To the extent a substantive response is deemed

14   necessary, the ATS Defendants state that the Plan documents and administrative record

15   documenting Plaintiff's claim for Plan benefits speak for themselves and are the best

16   evidence of the terms and conditions of the Plan, including the benefits available to

17   Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and

18   the administration of Plaintiff's claim(s).   The ATS Defendants deny any allegation

19   inconsistent with the terms set forth by the Plan documents or the contents of the

20   administrative record and deny any allegation not specifically admitted herein.

21          161.   Answering Paragraph 161 of the Complaint, the ATS Defendants admit that

22   LINA's denial of Plaintiff's claim for benefits should be reviewed by the Court under an

23   abuse of discretion standard of review.  Further answering, the ATS Defendants state that

24   the Plan documents and administrative record documenting Plaintiff's claim for Plan

25   benefits speak for themselves and are the best evidence of the terms and conditions of the

26   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

27   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

28   ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

- 44 -

1   documents or the contents of the administrative record and deny any allegation not

2   specifically admitted herein.

3       162.   Paragraph 162 of the Complaint does not assert any allegations against the

4   ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

5   response is deemed necessary, the ATS Defendants state that the Plan documents and

6   administrative record documenting Plaintiff's claim for Plan benefits speak for themselves

7   and are the best evidence of the terms and conditions of the Plan, including the benefits

8   available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions,

9   treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any

10  allegation inconsistent with the terms set forth by the Plan documents or the contents of

11  the administrative record and deny any allegation not specifically admitted herein.

12      163.   Paragraph 163 of the Complaint does not assert any allegations against the

13  ATS Defendants and thus no response thereto is necessary.  To the extent a substantive

14  response is deemed necessary, the ATS Defendants state that the Plan documents and

15  administrative record documenting Plaintiff's claim for Plan benefits speak for themselves

16  and are the best evidence of the terms and conditions of the Plan, including the benefits

17  available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions,

18  treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any

19  allegation inconsistent with the terms set forth by the Plan documents or the contents of

20  the administrative record and deny any allegation not specifically admitted herein.

21      164.   The ATS Defendants respond that Paragraph 164 of the Complaint sets forth

22  a statement or conclusion of law, including a citation to statutory authority, to which no

23  response is necessary.  To the extent a substantive response is deemed necessary, the ATS

24  Defendants deny that Plaintiff is entitled to the relief stated in Paragraph 164, or any other

25  relief, and further state that the Plan documents and administrative record documenting

26  Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the

27  terms and conditions of the Plan, including the benefits available to Plaintiff under the

28  Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of

- 45 -

Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

165.    The ATS Defendants respond that Paragraph 165 of the Complaint sets forth a statement or conclusion of law to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is entitled to the relief stated in Paragraph 165, or any other relief.

166.    The ATS Defendants respond that Paragraph 166 of the Complaint sets forth a statement or conclusion of law, including a citation to statutory authority, to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is entitled to the relief stated in Paragraph 166, or any other relief.

167.    The ATS Defendants respond that Paragraph 167 of the Complaint sets forth a statement or conclusion of law, including a citation to statutory authority, to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is entitled to the relief stated in Paragraph 167, or any other relief.

### COUNT II
### (Breach of Fiduciary Duty under 29 U.S.C. § 1132(a)(3))
### (LINA & ATS)

168.    Answering Paragraph 168 of the Complaint, ATS incorporates by reference, as though fully set forth herein, each admission, denial, and allegation set forth hereinabove.

169.    The ATS Defendants respond that Paragraph 169 of the Complaint sets forth a statement or conclusion of law, including a citation to statutory authority, to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants admit that the cited section of ERISA provides for injunctive relief, but deny that they violated any provision of ERISA, any other statute, or common law, and deny that Plaintiff is entitled to any injunctive relief, or any other relief.

- 46 -

170.   The ATS Defendants respond that Paragraph 170 of the Complaint sets forth a statement or conclusion of law, including a citation to statutory authority, to which no response is necessary.  To the extent a response is deemed necessary, the ATS Defendants admit that the cited section of ERISA governs duties owed by fiduciaries, but deny that they violated any provision of ERISA, including the section of ERISA cited in Paragraph 170 of the Complaint, any other statute, or common law.

171.   Answering Paragraph 171 of the Complaint, the ATS Defendants respond that Paragraph 171 of the Complaint sets forth a statement or conclusion of law, including a citation to statutory authority, to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants admit that the cited section of ERISA governs duties owed by fiduciaries, but deny that they violated any provision of ERISA, including the section of ERISA cited in Paragraph 171 of the Complaint, any other statute, or common law.

172.   Answering Paragraph 172 of the Complaint, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

173.   The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations in Paragraph 173 of the Complaint regarding LINA's motivation, and therefore deny the same.  Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS

1   Defendants deny any allegation inconsistent with the terms set forth by the Plan

2   documents or the contents of the administrative record and deny any allegation not

3   specifically admitted herein.

4        174.    Answering Paragraph 174 of the Complaint, the ATS Defendants respond

5   that Paragraph 174 of the Complaint sets forth a statement or conclusion of law, to which

6   no response is necessary.  To the extent a substantive response is deemed necessary, the

7   ATS Defendants deny the allegations in Paragraph 174 of the Complaint and further state

8   that the Plan documents and administrative record documenting Plaintiff's claim for Plan

9   benefits speak for themselves and are the best evidence of the terms and conditions of the

10  Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's

11  alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The

12  ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan

13  documents or the contents of the administrative record and deny any allegation not

14  specifically admitted herein.

15       175.    The ATS Defendants respond that Paragraph 175 of the Complaint sets forth

16  a statement or conclusion of law, to which no response is necessary.  To the extent a

17  substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is

18  entitled to the relief stated, or any other relief, and further state that the Plan documents

19  and administrative record documenting Plaintiff's claim for Plan benefits speak for

20  themselves and are the best evidence of the terms and conditions of the Plan, including the

21  benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical

22  conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants

23  deny any allegation inconsistent with the terms set forth by the Plan documents or the

24  contents of the administrative record and deny any allegation not specifically admitted

25  herein.

26       176.    The ATS Defendants respond that Paragraph 176 of the Complaint sets forth

27  a statement or conclusion of law, to which no response is necessary.  To the extent a

28  substantive response is deemed necessary, the ATS Defendants deny the allegations in

- 48 -

Paragraph 176 of the Complaint, and further state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

177.   The ATS Defendants deny the allegations in Paragraph 177 of the Complaint.  Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan documents or the contents of the administrative record and deny any allegation not specifically admitted herein.

178.   The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations in Paragraph 178 of the Complaint and therefore deny the same.

179.   The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations in Paragraph 179 of the Complaint and therefore deny the same.

180.   The ATS Defendants lack information and knowledge sufficient to admit or deny the allegations in Paragraph 180 of the Complaint and therefore deny the same.

181.   The ATS Defendants respond that Paragraph 181 of the Complaint sets forth a statement or conclusion of law, including a citation to statutory authority, to which no response is necessary.  To the extent a substantive response is deemed necessary, the ATS Defendants deny that they engaged in any act or omission giving rise to any liability under ERISA. Answering further, the ATS Defendants state that the Plan documents and administrative record documenting Plaintiff's claim for Plan benefits speak for themselves and are the best evidence of the terms and conditions of the Plan, including the benefits

- 49 -

1   available to Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions,
2   treatment, and the administration of Plaintiff's claim(s).  The ATS Defendants deny any
3   allegation inconsistent with the terms set forth by the Plan documents or the contents of
4   the administrative record and deny any allegation not specifically admitted herein.

5          182.   Answering Paragraph 182 of the Complaint, the ATS Defendants state that
6   the Plan documents and administrative record documenting Plaintiff's claim for Plan
7   benefits speak for themselves and are the best evidence of the terms and conditions of the
8   Plan, including the benefits available to Plaintiff under the Plan, as well as Plaintiff's
9   alleged medical conditions, treatment, and the administration of Plaintiff's claim(s).  The
10  ATS Defendants deny any allegation inconsistent with the terms set forth by the Plan
11  documents or the contents of the administrative record and deny any allegation not
12  specifically admitted herein.

13         183.   The ATS Defendants respond to Paragraph 183 of the Complaint, the extent
14  it alleges that Plaintiff relied on the Plan to his detriment, that it sets forth a statement or
15  conclusion of law, to which no response is necessary.  To the extent a substantive
16  response is deemed necessary, the ATS Defendants lack information and knowledge
17  sufficient to admit or deny the allegations in Paragraph 183 of the Complaint referring to
18  Plaintiff's  reliance or Plaintiff's state-of-mind, and therefore deny the same.  Answering
19  further, the ATS Defendants state that the Plan documents and administrative record
20  documenting Plaintiff's claim for Plan benefits speak for themselves and are the best
21  evidence of the terms and conditions of the Plan, including the benefits available to
22  Plaintiff under the Plan, as well as Plaintiff's alleged medical conditions, treatment, and
23  the administration of Plaintiff's claim(s).  The ATS Defendants deny any allegation
24  inconsistent with the terms set forth by the Plan documents or the contents of the
25  administrative record and deny any allegation not specifically admitted herein.

26         184.   Answering Paragraph 184 of the Complaint, the ATS Defendants lack
27  information and knowledge sufficient to admit or deny the allegations in Paragraph 184
28  that relate to actions taken by Plaintiff with respect to his financial and medical

1   circumstances and any actual harm allegedly suffered by Plaintiff and therefore deny the

2   same.   Answering further, the ATS Defendants respond that Paragraph 184 of the

3   Complaint sets forth a statement or conclusion of law relating to Plaintiff's alleged

4   entitlement to surcharge, to which no response is necessary.   To the extent a substantive

5   response is deemed necessary, the ATS Defendants deny Plaintiff is entitled to any

6   surcharge, or any other relief.   Answering further, the ATS Defendants state that the Plan

7   documents and administrative record documenting Plaintiff's claim for Plan benefits

8   speak for themselves and are the best evidence of the terms and conditions of the Plan,

9   including the benefits available to Plaintiff under the Plan, as well as Plaintiff's alleged

10  medical conditions, treatment, and the administration of Plaintiff's claim(s).   The ATS

11  Defendants deny any allegation inconsistent with the terms set forth by the Plan

12  documents or the contents of the administrative record and deny any allegation not

13  specifically admitted herein.

14         185.   The ATS Defendants respond that Paragraph 185 of the Complaint sets forth

15  a statement or conclusion of law, to which no response is necessary.   To the extent a

16  substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is

17  entitled to any surcharge, or any other relief.

18         186.   The ATS Defendants respond that Paragraph 186 of the Complaint sets forth

19  a statement or conclusion of law, to which no response is necessary.   To the extent a

20  substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is

21  entitled to any surcharge, or any other relief.

22         187.   The ATS Defendants respond that Paragraph 187 of the Complaint sets forth

23  a statement or conclusion of law, to which no response is necessary.   To the extent a

24  substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is

25  entitled to the requested relief, or any other relief.

26         188.   The ATS Defendants respond that Paragraph 188 of the Complaint sets forth

27  a statement or conclusion of law, to which no response is necessary.   To the extent a

28  substantive response is deemed necessary, the ATS Defendants deny that Plaintiff is

1    entitled to any equitable relief, or any other relief.

2         189.   Answering Paragraph 189 of the Complaint, the ATS Defendants admit that

3    American Traffic Solutions is the Plan Sponsor and Plan Administrator.   The ATS

4    Defendants deny the remaining allegations contained in Paragraph 189 of the Complaint.

5         190.   The ATS Defendants deny the allegations contained in Paragraph 190 of the

6    Complaint.

7         191.   The ATS Defendants deny the allegations contained in Paragraph 191 of the

8    Complaint.

9         192.   The ATS Defendants respond that Paragraph 192 of the Complaint sets forth

10   a statement or conclusion of law, to which no response is necessary.   To the extent a

11   substantive response is deemed necessary, the ATS Defendants deny the allegations

12   contained in Paragraph 192 of the Complaint.

13        193.   The ATS Defendants respond that Paragraph 193 of the Complaint sets forth

14   a statement or conclusion of law, to which no response is necessary.   To the extent a

15   substantive response is deemed necessary, the ATS Defendants deny the allegations

16   contained in Paragraph 193 of the Complaint.

17        194.   The ATS Defendants respond that Paragraph 194 of the Complaint sets forth

18   a statement or conclusion of law, to which no response is necessary.   To the extent a

19   substantive response is deemed necessary, the ATS Defendants deny the allegations

20   contained in Paragraph 194 of the Complaint.

21        195.   The ATS Defendants respond that Paragraph 195 of the Complaint sets forth

22   a statement or conclusion of law, to which no response is necessary.   To the extent a

23   substantive response is deemed necessary, the ATS Defendants deny the allegations

24   contained in Paragraph 195 of the Complaint.

25        196.   The ATS Defendants respond that Paragraph 196 of the Complaint sets forth

26   a statement or conclusion of law, to which no response is necessary.   To the extent a

27   substantive response is deemed necessary, the ATS Defendants deny the allegations

28   contained in Paragraph 196 of the Complaint.

197.    The ATS Defendants deny the allegations in Paragraph 197 of the Complaint.

198.    The ATS Defendants deny the allegations contained in Paragraph 198 of the Complaint.

199.    The ATS Defendants admit that the section of ERISA cited in Paragraph 199 provides for an award of attorneys' fees and costs, but deny that Plaintiff is entitled to recover attorneys' fees or costs under that section, under any other provision of ERISA, under any other statute or common law, and that Plaintiff is entitled to any other relief. Except as thus stated, the ATS Defendants deny the allegations contained in Paragraph 199 of the Complaint.

200.    Paragraph 200 of the Complaint does not assert any allegations against the ATS Defendants and thus no response thereto is necessary.  To the extent a substantive response may be deemed necessary, the ATS Defendants deny the allegations contained in Paragraph 200 of the Complaint.

201.    The ATS Defendants deny the allegations contained in Paragraph 201 of the Complaint.

202.    The ATS Defendants deny the allegations contained in Paragraph 202 of the Complaint.

203.    Answering Plaintiff's prayer for relief following Paragraph 202 of the Complaint, the ATS Defendants deny that Plaintiff is entitled to the requested relief, or any other relief.

**GENERAL DENIAL**

204.    The ATS Defendants deny each and every allegation of the Complaint that is not expressly, unequivocally, and intentionally admitted herein.

**DEFENSES AND OTHER AVOIDANCES**

Defendants incorporate by reference, as though fully set forth herein, each admission, denial, and allegation set forth hereinabove, and assert the following defenses, some of which are affirmative defenses:

- 53 -

010-8227-1186

204.    Plaintiff's causes of action, and each of them, fail to state facts sufficient to constitute a cause of action.

205.    Plaintiff's causes of action, and each of them, fail to state facts sufficient to constitute a cause of action against the answering ATS Defendants.

206.    Plaintiff failed to exhaust his administrative remedies.

207.    Plaintiff's causes of action, and each of them, are barred, in whole or in part, by the defense of accord and satisfaction.

208.    Plaintiff's causes of action, and each of them, are barred, in whole or in part, by the defense of payment.

209.    Plaintiff's causes of action, and each of them, are barred, in whole or in part, by the defense of waiver.

210.    If Plaintiff is entitled to recover on his claims, although such is not admitted hereby or herein, Plaintiff's claims must be reduced in accordance with the specific terms and conditions of the Plan, including the respective limitations set forth by the Plan, and any contribution amount unpaid and owing by Plaintiff.

211.    Plaintiff's causes of action, and each of them, are barred, in whole or in part, because the actions of the ATS Defendants were undertaken in good faith.

212.    Plaintiff's claims are in the nature of benefit claims, and the ATS Defendants' actions of which Plaintiff complains were neither arbitrary nor capricious.

213.    The ATS Defendants reserve the right to amend this Answer to add additional denials, avowals, admissions, and/or affirmative defenses pursuant to Fed. R. Civ. P. 8.

WHEREFORE, having fully answered Plaintiff's Complaint, the ATS Defendants pray as follows:

1.      Plaintiff take nothing by his Complaint in this action;

2.      That the Complaint be dismissed with prejudice;

3.      That the ATS Defendants be awarded their costs and reasonable attorneys' fees as allowed by law (including, without limitation, pursuant to 29 U.S.C. § 1132(g)),

- 54 -

and interest thereon; and

4.     That the ATS Defendants be awarded such other relief at law or in equity to which it may be entitled.

Dated:  May 27, 2016                          Respectfully submitted,

                                              By: */s/ Daniel B. Pasternak*
                                                  Daniel B. Pasternak
                                                  Laura Lawless Robertson
                                                  Shar Bahmani
                                                  SQUIRE PATTON BOGGS (US) LLP
                                                  One East Washington Street, Suite 2700
                                                  Phoenix, Arizona  85004
                                                  *Attorneys for Defendants*
                                                  *American Traffic Solutions, Inc.*
                                                  *Employee Welfare Benefits Plan and*
                                                  *American Traffic Solutions, Inc.*

1

## **CERTIFICATE OF SERVICE**

2

3       I hereby certify that on May 27, 2016, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
Notice of Electronic Filing and Order to the following CM/ECF registrants:

4

5                                Kristin Kalani

6                             Erin Rose Ronstadt
                                Kevin Koelbel

7                             Ober & Pekas, PLLC

8                    3030 North Central Avenue, Suite 1230
                            Phoenix, Arizona  85012

9                           *Attorneys for Plaintiff*

10

11     *s/ Sara Ramirez*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28